**Dismiss and Opinion Filed November 25, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00933-CV**

**MOHAMMED A. RAGHEB, Appellant**
**V.**
**AFC COMPANIES LLC, HANY ABDELMALEK, FIRAS AL BATAINAH,
AND FRANCE LIMOUSINE CO., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-03988**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

We questioned our jurisdiction over this appeal from the trial court's December 1, 2023 final summary judgment as it appeared untimely filed. *See Mitschke v. Borromeo*, 645 S.W.3d 251, 260 (Tex. 2022) (timely filing of notice of appeal is jurisdictional). As reflected in the record, a motion for new trial was filed on December 29, 2023, making the notice of appeal due February 29, 2024, or with an extension motion, March 15, 2024. *See* TEX. R. APP. P. 26.1, 26.1(a) (together providing that notice of appeal is due within thirty days of date judgment is signed, or with timely filed motion for new trial, within ninety days of judgment), 26.3

(providing fifteen-day extension period); *see also* TEX. R. CIV. P. 329b(d) (motion for new trial is timely if filed within thirty days of judgment). The notice of appeal, however, was not filed until August 5, 2024.

At our direction, appellant filed a jurisdictional letter brief. In the letter brief, appellant asserted the notice of appeal was timely because it was filed within thirty days of the trial court's July 24, 2024 order denying the new trial motion. The deadline for filing a notice of appeal, however, runs from the date of judgment not the date the order denying a new trial motion is signed. *See Puckett v. Frizzell*, 402 S.W.2d 148, 151 (Tex. 1966); *Bryer v. Millennium Rest. Grp. Inc.*, No. 05-19-00915-CV, 2019 WL 4126609, at *1 (Tex. App.—Dallas Aug. 30, 2019, no pet.) (mem. op.).

Because appellant's notice of appeal was filed untimely, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

240933f.p05

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MOHAMMED A. RAGHEB,
Appellant

No. 05-24-00933-CV      V.

AFC COMPANIES LLC, HANY
ABDELMALEK, FIRAS AL
BATAINAH, AND FRANCE
LIMOUSINE CO., Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-03988.
Opinion delivered by Justice
Reichek, Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 25th day of November, 2024.